# WASHINGTON COUNTY.

### E. S. Taylor *et al. vs.* James G. Burns.

A case was dismissed on motion of the clerk for nonpayment of the continuance fee. After the term was ended the plaintiff asked for an order reinstating the case.
*Held,* that the plaintiff should file a petition for a trial. A motion to reinstate is improper.

Trespass on the case.    On plaintiff's motion to reinstate the case.

This case was dismissed on motion of the clerk for nonpayment of the clerk's fee for continuance.    After the expiration of the term at which the dismissal took place, the plaintiff moved for an order to reinstate the case.

*Providence, December* 14, 1889.    Per Curiam.    The court is of the opinion that the plaintiff's remedy is by petition for trial, and not by motion to reinstate.    The motion to reinstate is therefore denied.                                    *Motion dismissed.*